# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*10:02 am, 6/21/23*

**Margaret Botkins**
**Clerk of Court**

State of Wyoming

          Plaintiff,

vs.                                              Case Number: 23-CV-00092-ABJ

United States Department of Interior Secretary, et al

          Defendants.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 06/21/2023    Time: 9:32am - 9:56am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Katherine Landis-True |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Jay Jerde, Travis Jordan

Attorney(s) for Defendant(s)    Carter Howell

Other:

Hearing held via Zoom video-conference.
The Court heard from Mr. Jerde and Mr. Howell.
Admin record deadline 7/20/23.
Briefs due by 8/4/23 and 9/8/23. Order to follow.