# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING,<br><br>              Petitioner,<br><br>vs.<br><br>DEB HAALAND, in her official capacity as Secretary of the United States Department of Interior; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish & Wildlife Service,<br><br>              Respondents. | CV 23-cv-00092-ABJ<br><br>CERTIFICATION OF ADMINISTRATIVE RECORD |

I, Jennifer Fortin-Noreus, declare as follows:

1. I am employed as a Wildlife Biologist in the Grizzly Bear Recovery Program in Missoula, Montana. The Grizzly Bear Recovery Program is administered through Region 6 of the United States Fish and Wildlife Service (Service), with headquarters in Lakewood, Colorado. I have held this position since April 13, 2015. In my previous positions, I researched grizzly bear habitat and diet and impacts of human recreation on grizzly bears.

2. In my capacity as Wildlife Biologist in the Grizzly Bear Recovery Program, I assisted with compiling the administrative record for responding to this Petition for Review. I am generally familiar with the documents directly or indirectly considered by the Service responding to the Petition for Review. I am also familiar with the process by which the documents considered directly or indirectly by the Service were collected and compiled into the administrative record.

3. To the best of my knowledge, and based on my personal involvement in developing the record, I hereby certify that the documents provided represent a true and complete administrative record responding to the Petition for Review in this case.

I declare that the foregoing is true and correct.

Dated this 19 day of July, 2023.

_____
Jennifer Fortin-Noreus